**FILED**
November 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 05-0331 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| THANG QUOC BUI, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __THANG QUOC BUI__, Case No. __MAG 05-0331 DAD__, Charge __21 USC §§ 846, 843 (b)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $_____

    __X__ Unsecured Appearance Bond $ __25,000__ co-signed by sister.

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    __X__ (Other) __Pretrial Services Supervision with conditions.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 29, 2005__ at __3:45 p.m.__

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal