Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
THANG QUOC BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 05 0542 GEB |
| Plaintiff, | ) ) | STIPULATION AND ORDER SETTING MOTIONS SCHEDULE AND |
| v. | ) ) | EXCLUDING TIME |
| THANG QUOC BUI, et al., | ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated and agreed to between the United States of America by and through Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Lindsay A. Weston; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently set for February 9, 2007, be vacated and that the following motion hearing date and briefing schedule be adopted by the court:

**Motions Hearing Date**     :     **May 25, 2007**

**Motions to be Filed**     :     **April 13, 2007**

Government's response due:     May 11, 2007

**Optional Reply due**     :     **May 18, 2007**

1

1    All counsel continue to review voluminous pages of discovery, including wire tap
2 recordings and transcriptions. The foregoing schedule will permit counsel to conduct on-going
3 factual investigations, to locate and interview pertinent witnesses, and to research and prepare
4 pretrial motions.

5    It is further stipulated that the period of time from February 9, 2007 through and
6 including May 25, 2007, be excluded in computing the time within which trial must commence
7 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
8 continuity and preparation of counsel.

9  DATED: February 8, 2007         /s/ Tim Warriner
                                   Attorney for Defendant, THANG QUOC BUI

                                   /s/ Matthew C. Bockmon, Assistant Federal Defender
                                   Attorney for Defendant, TUNG THANH HUYNH

                                   /s/ Lindsay A. Weston
                                   Attorney for Defendant, TRI HUU BUI

                                   /s/ John Yongjin Lee
                                   Attorney for Defendant, THO LE

                                   /s/ Carl K. Osborne
                                   Attorney for Defendant, MICHELLE CHAUN GOC LE

                                   /s/ Alex Robert Kessel
                                   Attorney for Defendant, NAM GIA PHAMTRAN

18 DATED: February 8, 2007         /s/ Matthew C. Stegman, Assistant United States Attorney

                                   ORDER

It is so ordered.

Dated: February 9, 2007

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

2