Tim Warriner (SB#166128)
Attorney at Law
813 6^(TH) St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
THANG QUOC BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 05 0542 GEB |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| THANG QUOC BUI, et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America by and through Matthew C. Stegman, Assistant United States Attorney, and defendant THANG QUOC BUI, by and through his counsel, Timothy E. Warriner that the status conference presently set for December 3, 2010, be continued to December 17, 2010. Said request is for the purpose of completing matters relating to possible entry of plea.

It is further stipulated that the period of time from December 3, 2010 through and including December 17, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for preparation of counsel.

DATED: December 1 2010          /s/ Tim Warriner
                                Attorney for Defendant, THANG QUOC BUI

DATED: December 1, 2010         /s/ Matthew C. Stegman, Assistant United States Attorney

1

1  ORDER

2  IT IS SO ORDERED.

3  Dated:  December 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2