Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
THANG QUOC BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 05 0542 GEB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITION OF PRETRIAL RELEASE |
| v. | |
| THANG QUOC BUI, | |
| Defendant. | |

The parties hereby stipulate that the pretrial release conditions of defendant THANG QUOC BUI be modified to add the following condition:

*Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.*

Dated: January 7, 2011          /s/ Timothy E. Warriner, Attorney for defendant, Thang Bui

Dated: January 7, 2011          /s/ Matthew Stegman, Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  January 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE