1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4

   Attorney for Defendant
5  THANG QUOC BUI

6

                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )        No. CR S 05 0542 GEB
                                       )
10              Plaintiff,             )        STIPULATION AND ORDER
                                       )        CONTINUING JUDGMENT
11      v.                             )        AND SENTENCE PROCEEDINGS
                                       )
12  THANG QUOC BUI,                    )
                                       )
13              Defendant.             )
   _____)
14

15        This matter is presently set for judgment and sentence to occur on May 20, 2011 at 9:00

16  a.m. The parties hereby stipulate that judgment and sentencing shall be continued to June 17,

17  2011 at 9:00 a.m. to afford defense counsel additional time to meet with the client prior to

    sentencing, and that the May 20, 2011 sentencing date be vacated.
18
    Dated: May 17, 2011            _____ /s/ Timothy E. Warriner, Attorney for defendant, Thang Bui
19
    Dated: May 17, 2011            _____ /s/ Matthew Stegman, Assistant U.S. Attorney
20
                                          ORDER
21
          IT IS HEREBY ORDERED that the date for judgment and sentencing shall be continued
22
    to June 17, 2011 at 9:00 a.m., and that proceedings now scheduled for May 20, 2011 be
23
    continued.
24

25  Dated:  May 18, 2011

26

27                                    _____
                                      CARLAND E. BURRELL, JR.
                                      United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28