Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
THANG QUOC BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 05 0542 GEB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING JUDGMENT |
| v. ) | AND SENTENCE PROCEEDINGS |
| THANG QUOC BUI, ) | |
| Defendant. ) | |

This matter is presently set for judgment and sentence to occur on June 17, 2011 at 9:00 a.m. The parties hereby stipulate that judgment and sentencing shall be continued to July 8, 2011 at 9:00 a.m. to afford defense counsel additional time to meet with the client prior to sentencing, and because Government's counsel will be unavailable. It is further stipulated that the June 17, 2011 sentencing date be vacated.

Dated: June 14, 2011        /s/ Timothy E. Warriner, Attorney for defendant, Thang Bui

Dated: June 14, 2011        /s/ Matthew Stegman, Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the date for judgment and sentencing shall be continued to July 8, 2011 at 9:00 a.m., and that proceedings now scheduled for June 17, 2011 be vacated.

Dated:  June 20, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28